[DO NOT PUBLISH]

In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 22-11444

Non-Argument Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

*versus*

MARCOS MARTINEZ URBINA,

Defendant- Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 8:21-cr-00108-TPB-AAS-1

_____

2                          Opinion of the Court                          22-11444

Before JORDAN, NEWSOM, and BRANCH, Circuit Judges.

PER CURIAM:

Stephen J. Langs, appointed counsel for Marcos Martinez Urbina in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967). Our independent review of the record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Urbina's conviction and sentence are **AFFIRMED**.